UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEIDI L. MICHER,

    Plaintiff,

v.                                    Case No. 6:19-cv-1779-Orl-37DCI

LISA A. HUPFER,

    Defendant.
_____

### ORDER

The parties have settled and move for an order disbursing the funds in this matter currently held with the Clerk of Court. (Doc. 41 ("**Motion**"); *see also* Docs. 19, 22.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court grant the Motion. (Doc. 42 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety and dismisses the case pursuant to the settlement.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 42) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion for Entry of an Order Disbursing Funds Held in

the Court Registry and Notice of Settlement (Doc. 41) is **GRANTED.**

3. The Clerk is **DIRECTED** to withdraw the funds deposited in this case ($200,476.71, plus any accrued interest on those funds) from the Court Registry and disburse via one check made payable to the trust account of The David Chico Law Group, mailed to 607 Celebration Ave. Celebration, FL 34747. (*See* Doc. 22.)

4. This case is **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within **sixty (60) days** thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

5. All pending motions are denied as moot and all deadlines and hearings are terminated.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 29, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record